Chambers Copy – Do Not E-File

**FILED**

NOV 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  AARON D. WEGNER (ORBN 03535)
   Assistant United States Attorney
5  aaron.wegner@usdoj.gov
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6831
       FAX: (415) 436-6982
8
9  Attorneys for Plaintiff
10
11                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,        )   No. CR 88-0552-EFL
                                    )
15         Plaintiff,                )
                                    )   NOTICE OF DISMISSAL
16     v.                            )
                                    )
17 JAMES MORRIS,                    )
                                    )   (San Francisco Venue)
18     a/k/a James Chuman,          )
       a/k/a "Richard               )
19                                  )
           Defendant.
20 _____

21     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
22 United States Attorney for the Northern District of California dismisses the above indictment
23 without prejudice and moves that the Court quash the arrest warrant issued in connection with
24 the indictment in this case.
25 ///
26
27
28

NOTICE OF DISMISSAL (CR 88-0552-EFL )

| | |
|---|---|
| 1  DATED: 11-10-08 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | BRIAN J. STRETCH<br>Chief, Criminal Division |

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 11-21-08

HON. PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

v.

JAMES MORRIS,

        Defendant.

       Case Number: CR-88-552 EFL

       **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron Wegner
U.S. Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102

November 21, 2008

Richard W. Wieking, Clerk

By:Nichole Heuerman